## Case No. 4,653.

FARMERS' & MECHANICS' BANK et al. v. COVER et al.

[1 Hayw. & H. 177.][1]

Circuit Court, District of Columbia. April 11, 1844.

---

[1] [Reported by Hon. John F. Dillon, Circuit Judge, and here reprinted by permission.]

[1] [Reported by John A. Hayward, Esq., and Geo. C. Hazleton, Esq.]

The cause having been heard and duly considered by THE COURT, it was ordered, adjudged and decreed that the defendants be, and they are, perpetually enjoined and restrained from molesting or disturbing the title of the complainants respectively to the fixtures set up on the premises described in complainants' bill.